JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JOSEPH GARCES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENTINEL INSURANCE COMPANY, LTD, dba THE HARTFORD; and DOES 1 TO 100,<br><br>　　　　Defendants. | Case No. 5:21-cv-00189-JWH-SPx<br><br>**JUDGMENT** |

In accordance with the Order filed concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered as follows:

1. This Court has jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Judgment in this action is entered in **FAVOR** of Defendant Sentinel Insurance Company, Ltd. and **AGAINST** Plaintiff Alvin Joseph Garces.

3. Fictitiously named Defendants Does 1 to 100 are **DISMISSED**.

4. Plaintiff Alvin Joseph Garces shall recover nothing on his Complaint, and this action is **DISMISSED** on the merits.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 18, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE